1  Viddell Lee Heard (# 175049)
    vheard@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
4  Tel: (626) 535-1900 | Fax: (626) 577-7764

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.,
6  successor by merger with Wells Fargo
   Bank Southwest, N.A., f/k/a
7  Wachovia Mortgage, FSB, f/k/a
   World Savings Bank, FSB ("Wells
8  Fargo")

9               UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

12 | MARTHA ALVAREZ,                          | CASE NO.: 2:12-cv-09661-PA (RZx)
13 |           Plaintiff,                      | **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
14 |      vs.                                  |
15 | WELLS FARGO BANK, N.A.,
   | successor by merger to WELLS FARGO
16 | BANK SOUTHWEST, N.A., f/k/a              | Old Date:   January 21, 2013
   | WORLD SAVINGS BANK, FSB;                  | Time:       1:30 p.m.
17 | CAL-WESTERN RECONVEYANCE                 | Ctrm:       15
   | CORPORATION, a California
18 | Corporation; and all persons or entities | New Date:   January 28, 2013
   | unknown claiming any legal or equitable   | Time:       1:30 p.m.
19 | right, title, estate, lien or interest in the | Ctrm:       15
   | property described in this Complaint
20 | adverse to Plaintiff's title thereto, and
   | DOES 1 through 25, inclusive,
21 |                                           | [Assigned to the Hon. Percy
   |           Defendants.                     | Anderson, Dept. 15]
22

23

24

25 **TO PLAINTIFF AND HER COUNSEL OF RECORD:**

26         **PLEASE TAKE NOTICE** that, pursuant to the Court's

27 December 28, 2012 Order, the hearing of the motion to dismiss of defendant

28 WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank

1  Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB
2  ("Wells Fargo"), previously scheduled for January 21, 2013 at 1:30 p.m. in
3  Courtroom 15 of the above-entitled Court, located at 312 North Spring Street Los
4  Angeles, CA 90012, before the Honorable Percy Anderson presiding, has been
5  rescheduled for January 28, 2013 at 1:30 p.m. Counsel for Wells Fargo informed
6  counsel for Plaintiff of this date change by email on December 28, 2012.

Respectfully submitted,

Dated: January 2, 2013

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: ⎯⎯⎯/s/ Viddell Lee Heard⎯⎯⎯
   Viddell Lee Heard
   vheard@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys for Plaintiff* | *Attorneys for Defendant Cal-Western Reconveyance Corporation* |
|---|---|
| September J. Katje, Esq.<br>Consumer Litigation Law Center, APC<br>100 North Barranca Ave., Ste 700<br>West Covina, CA 91791<br><br>sk@consumerlitigationlawcenter.com<br><br>Tel: (800) 787-5616<br>Fax: (888) 909-7947 | Robin P. Wright, Esq.<br>Helen Cayton, Esq.<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, #280<br>Newport Beach, CA 92660<br><br>rwright@wrightlegal.net<br>hcayton@wrightlegal.net<br><br>Tel: (949) 477-5050<br>Fax: (949) 477-9200 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on January 2, 2013.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |