**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 12-09661 JGB (RZx)                                    Date:  January 23, 2013

Title:          MARTHA ALVAREZ -v- WELLS FARGO BANK, N.A.
================================================================
PRESENT:            HONORABLE JESUS G. BERNAL, U.S. DISTRICT JUDGE


PROCEEDINGS:    MINUTE ORDER CONTINUING JANUARY 28, 2013,
                HEARING TO FEBRUARY 4, 2013 (IN CHAMBERS)

     On the Court's own motion, the hearing on Defendant Wells Fargo Bank's Motion to Dismiss (Doc. No. 17), currently set for January 28, 2013, is hereby continued to February 4, 2013, at 9:00 AM.


     **IT IS SO ORDERED.**