# JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ALVAREZ, | Case No. CV12-09661-JGB(RZx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 31, 2013

JESUS G. BERNAL
United States District Judge